# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Action No.  03-cr-00415-REB-02
Civil Action No.  08-cv-01655-REB-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CARL W. PURSLEY, JR.,

     Movant..

---

## SPECIAL
## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

     Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge, Kristen L. Mix, is designated to conduct proceedings in this civil action as follows:

( )     Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

( )     Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

( )     Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

( )     Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(X)     Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions, including, but not limited to movant's **Motion To Vacate, Set Aside, or Correct Sentence Pursuant To 28 U.S.C. § 2255** [#831] filed August 5, 2008.

() Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

**The parties are directed to my Pretrial and Trial Procedures available in the Clerk's office or on the court's website: www.cod.uscourts.gov . These govern all proceedings in my court and indicate what my expectations are.**

Dated August 11, 2008, at Denver, Colorado.


**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**