IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01655-REB-KLM
Criminal Action No. 03-cr-00415-REB

UNITED STATES OF AMERICA,

v.

CARL W. PURSLEY, JR.,

    Movant.

**ORDER**

After preliminary consideration of Movant's **Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255**, it is now

ORDERED that the United States Attorney on or before **October 3, 2008** shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: August 11, 2008

BY THE COURT:

 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix