IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 03-cr-00415-REB-KLM-02
Civil Action No. 08-cv-01655-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. CARL WILLIAM PURSLEY, JR.,

    Defendant.

## ORDER OVERRULING OBJECTION TO ORDER
## OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is **Pursley's Motion for Reconsideration of Magistrate Judge's Order, Dated March 10, 2009 (#868)** [#870] filed March 20, 2009. The objections pertain to non-dispositive matters which were referred to the magistrate judge.[1] Under 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be "clearly erroneous or contrary to law." Having reviewed the magistrate judge's **Order** [#868] filed March 10, 2009, I conclude that movant's objections are without merit. The order of the magistrate judge is not clearly erroneous or contrary to law.

---

[1] The order disposes of movant's **Motion for Appointment of Counsel** [#839] filed October 15, 2008; **Motion and Affidavit for Leave To Proceed Pursuant to 28 U.S.C. § 1915** [#840] filed October 15, 2008; **Ex Parte Motion for Teleconference Hearing on Movant's Motion and Affidavit for Leave To Proceed Pursuant to 28 U.S.C. § 1915** [#861] filed February 27, 2009; and **Ex Parte Motion for Transcripts** [#862] filed February 27, 2009.

**THEREFORE, IT IS ORDERED** that the objections to the order of the magistrate judge as stated in **Pursley's Motion for Reconsideration of Magistrate Judge's Order, Dated March 10, 2009 (#868)** [#870] filed March 20, 2009, are **OVERRULED.**

Dated March 23, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge