**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00415-REB-KLM-02
Civil Action No. 08-cv-01655-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  CARL WILLIAM PURSLEY, JR.,

    Defendant.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#882] filed April 21, 2009; and (2) **Movant's Objections to Recommendation of United States Magistrate Judge, Dated April 21, 2009** [#889] filed May 19, 2009.  I overrule the objections, adopt the recommendation, and deny the apposite motions .

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw.  Because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent

standard than formal pleadings drafted by lawyers.  *See Erickson v. Pardus*, 551 U.S. 89, – , 127 S.Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). The recommendation is detailed and well-reasoned.  Contrastingly, plaintiff's objections are imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#882] filed April 21, 2009, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the objections stated in **Movant's Objections to Recommendation of United States Magistrate Judge, Dated April 21, 2009** [#889] filed May 19, 2009, are **OVERRULED**;

3. That defendant's **Motion for Leave To Supplement Motion To Vacate With Claims Seven and Eight** [#853] filed February 9, 2009, is **DENIED**;

4. That defendant's **Motion for Leave To Supplement Motion To Vacate With Claim Nine** [#858] filed February 27, 2009, is **DENIED** and that his **Second Supplement To Motion To Vacate** [#859] filed February 27, 2009, is **STRICKEN**; and

5.  That defendant's **Motion for Production of Evidence** [#860] filed February 27, 2009, is **DENIED**.

Dated May 28, 2009, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge